**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
JENNIFER CARALL, individually and on
behalf of all others similarly situated,

                     Plaintiff,                   **JUDGMENT**
                                                        CV 17-3678 (SJF)(ARL)

   - against -

THE CBE GROUP, INC.,

                     Defendant.
-------------------------------------------------------X

      A Memorandum and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on June 18, 2018, granting Defendant's motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint, and directing the Clerk of Court to enter judgment in favor of Defendant, it is

      **ORDERED AND ADJUDGED** that Plaintiff Jennifer Carall take nothing of Defendant The CBE Group, Inc.; that Defendant's motion for judgment on the pleadings is granted; that Plaintiff's Complaint is dismissed; and that this case is closed.

Dated: Central Islip, New York
         June 20, 2018

                                                         DOUGLAS C. PALMER
                                                         CLERK OF THE COURT

                                         By:   /s/ James J. Toritto
                                                       Deputy Clerk